Anthony CHEATHAM, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent

No. 6 EM 2017

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of February, 2017, the Petition for Writ of Mandamus is **DENIED**.

COMMONWEALTH of Pennsylvania EX. REL. Mark HENDERSON, Petitioner

v.

Trevor WINGARD, Superintendent, State Correctional Institution at Somerset, Respondent

No. 4 EM 2017

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

**AND NOW**, this 28th day of February, 2017, the Application for Leave to File

Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher L. FREEMAN, Petitioner

No. 416 WAL 2016

Supreme Court of Pennsylvania.

March 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.